

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2015

No. 04-15-00499-CV

**IN THE ESTATE OF LOUIS S. BERNAL**, deceased,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2015-PC-0983
Kelly Cross, Judge Presiding

## O R D E R

Pending before the Court are Defendant's motion for extension to file the clerk's record and the District Clerk's Notification of Late Record. The Clerk's Record was filed on August 13, 2015. These motions are denied as moot.

Appellant's brief is due September 14, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of August, 2015.

_____
Keith E. Hottle
Clerk of Court